1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.252.162.171,<br><br>　　　　　　　Defendant. | Case Number: 5:18-cv-05832-VKD<br><br>Honorable Virginia K. DeMarchi<br><br>**[PROPOSED]** ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 32 |

THIS CAUSE came before the Court upon Plaintiff's E*x-Parte* application for an Order continuing the Initial Case Management Conference currently scheduled for July 2, 2019, and the Court, finding good cause, does hereby order as follows:

ORDER: Plaintiff's application is granted. The Initial Case Management Conference scheduled for July 2, 2019 is continued to __July 23, 2019, 1:30 p.m.__.

SO ORDERED this __25th__ day of __June__, 2019.

By: /s/ Virginia K. DeMarchi
United States District Judge
Honorable Virginia K. DeMarchi

1

[Proposed] Order on Plaintiff's *Ex-Parte* Application for Continuance of the Initial Case
Management Conference                                    Case No. 5:18-cv-05832-VKD